IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

NOV - 3 2025

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

v.

HAROON HUNT,

*Defendant.*

No. 1:25-CR-00290-MSN

## STATEMENT OF FACTS

The United States and the Defendant, HAROON HUNT, agree that the following facts are true and accurate, and that had the matter gone to trial, the United States would have proven them beyond a reasonable doubt with admissible and credible evidence:

1. The Defendant is a U.S. citizen who, from approximately September 2023 until August 2025, lived in the country of Sierra Leone, where his spouse was employed by the U.S. Embassy.

2. On or about February 22, 2025, the Defendant attended a social gathering in Freetown, Sierra Leone, at the residence of an employee of the U.S. Embassy, which is within the special maritime and territorial jurisdiction of the United States, as defined by Title 18, United States Code, Section 7(9)(B).

3. During the social gathering, outside of the presence of others, the Defendant deliberately hugged, kissed on the lips, and grabbed the buttocks of Victim 1, an adult female, without her consent and in an offensive and inappropriate manner that was without justification or excuse.

4. On or about March 28, 2025, the Defendant attended a social gathering in Freetown, Sierra Leone, at the residence of an employee of the U.S. Embassy, which is within the special

1

maritime and territorial jurisdiction of the United States, as defined by Title 18, United States Code, Section 7(9)(B).

5.     During the social gathering, outside of the presence of others, the Defendant deliberately kissed on the lips, touched the genitalia, and touched one of the breasts of Victim 2, an adult female, without her consent and in an offensive and inappropriate manner that was without justification or excuse.

6.     On or about June 7, 2025, the Defendant attended a social gathering in Freetown, Sierra Leone, at the residence of an employee of the U.S. Embassy, which is within the special maritime and territorial jurisdiction of the United States, as defined by Title 18, United States Code, Section 7(9)(B).

7.     During the social gathering, outside of the presence of others, the Defendant deliberately kissed on the mouth Victim 3, an adult female, without her consent and in an offensive and inappropriate manner that was without justification or excuse.

8.     On or about July 23 and July 24, 2025, agents with the Diplomatic Security Service's Office of Special Investigation, part of the U.S. Department of State, a governmental agency in the executive branch of the Government of the United States, interviewed the Defendant regarding his non-consensual physical contact with multiple adult females as part of a criminal investigation into matters within the jurisdiction of that agency.

9.     During the interviews, the Defendant knowingly and willfully made material false statements, including that (a) he never kissed and never inappropriately touched Victim 1; (b) he kissed Victim 2 with her consent and never touched her genitalia and one of her breasts; and (c) he never kissed any other adult females while living in Sierra Leone.

2

10.    The actions of the Defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

11.    This Statement of Facts includes those facts necessary to support the Plea Agreement between the Defendant and the United States. It does not include each and every fact known to the Defendant or to the United States, and it is not intended to be a full enumeration of all the facts surrounding the Defendant's case.

Respectfully submitted,

Lindsey Halligan
United States Attorney

Date: 11-3-2025          By: _____
                              Meredith J. Edwards
                              Assistant U.S. Attorney

                              Matthew R. Galeotti
                              Acting Assistant Attorney General

                         By: _____
                              Patrick Jasperse
                              Trial Attorney
                              U.S. Department of Justice
                              Criminal Division
                              Human Rights and Special Prosecutions Section

3

After consulting with my attorney and pursuant to the plea agreement entered into this day between the United States and me, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

Haroon Hunt
_____
HAROON HUNT
Defendant

I am counsel for Haroon Hunt. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is informed and voluntary.

_____
Nina J. Ginsberg, Esq.
Counsel for the Defendant

4